Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell and Finch, JJ., dissent.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of THERESA SPIRO, Respondent, v. ALEX WITTMAN, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of THERESA SPIRO, Respondent, v. ALEX WITTMAN, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LUARD THEODORA WELLS, Respondent, v. GRANT CARVETH WELLS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MINER-EDGAR COMPANY, Plaintiff, v. NORTH RIVER INSURANCE COMPANY, Defendant.— This submission leaves open controverted issues of fact and hence cannot terminate in a judgment. (Zarkowski v. Schroeder, 60 App. Div. 457.) Submission dismissed, without prejudice, and without costs to either party. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of LOUISA E. CAMMACK, Deceased. EMILY KEY CAMMACK, Respondent; ADELE C. MUIR, Appellant.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. JOHN F. O'ROURKE and Another, Respondents. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. JOHN F. O'ROURKE and Another, Respondents. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EARLE & CALHOUN, Appellant, v. JOHN J. DILLON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOHN J. DONOHUE, Petitioner, for an Order of Certiorari to Review the Determination of the BOARD OF HEALTH, Respondent, Dismissing Him from the Service of the Department of Health of the City of New York.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs, and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE GOLDHABER, as Executrix, etc., of HARRY GOLDHABER, Deceased, Appellant, v. UNITED NATIONAL BANK IN NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER MOORE, Respondent, v. CHARLES T. WILLS, INC., and Another,